AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JUAN FRANCISCO HERNANDEZ
1572 172nd STREET, BRONX, NEW YORK

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1670-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 29, 2004 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, either for his own use or for the use of another, contrary to the laws regulating regulating the issuance of passports and the rules prescribed pursuant to such laws.

in violation of Title 18 United States Code, Section(s) 1542

I further state that I am a(n) DSS agent and that this complaint is based on the following
                                Official Title
facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Christopher Brandt_
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-21-2005                                    at      Boston, Massachusetts
Date                                                  City and State

Charles B. Swartwood
United States Magistrate Judge
Name & Title of Judicial Officer                      Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.